IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward B. Foster,<br><br>    Plaintiff,<br>v.<br><br>Metropolitan Life Insurance Company,<br><br>    Defendant. | NO. C 03-02644 JW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

In light of the Ninth Circuit mandate, the Court sets a Case management Conference for the above entitled case for **January 7, 2008 at 10 A.M.** The parties shall meet and confer and submit a Joint Case Management Statement by **January 3, 2007**, advising the Court on how the case should proceed.

Dated: December 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ellen B. Kamon ekamon@sortlaw.com
Richard Augustus Swenson rsloofwcd@aol.com

**Dated: December 20, 2007**  **Richard W. Wieking, Clerk**

           **By:** **/s/ JW Chambers**
                **Elizabeth Garcia**
                **Courtroom Deputy**