IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edward Foster, | NO. C 03-02644 JW |
| Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

The above entitled matter is currently scheduled for a preliminary pretrial conference on Monday, February 25, 2008. A hearing on the parties' cross-motions re: right to jury trial is currently scheduled for Monday, March 17, 2008. For the convenience of the parties, the Court CONTINUES the preliminary pretrial conference to coincide with the hearing.

The preliminary pretrial conference is continued to **Monday, March 17, 2008 at 11:00 A.M.** Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Case Management Conference Statement no later than ten (10) days before the date of the conference.

Dated: February 21, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ellen B. Kamon ekamon@sortlaw.com
Richard Augustus Swenson rsloofwcd@aol.com
William C. Dresser loofwcd@aol.com

**Dated: February 21, 2008**             **Richard W. Wieking, Clerk**

                                                     **By: /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**