Ellen B. Kamon, Esq. (State Bar No. 102757)
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE
COMPANY

William C. Dresser, Esq. (State Bar No. 104375)
LAW OFFICE OF WILLIAM C. DRESSER
4 North Second Street, Suite 1230
San Jose, California 95113-1307
Telephone: (408) 279-7529
Facsimile: (408) 298-3306

Attorneys for Plaintiff
EDWARD B. FOSTER

**GRANTED**
Judge James Ware
3/11/2008

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDWARD B. FOSTER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. C03-02644 JW<br><br>Honorable James Ware, Dept. 8<br><br>**STIPULATION FOR DISMISSAL** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

705068.1/20896.05056　　　　　1　　　　　C03-02644 JW
*STIPULATION FOR DISMISSAL*

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned matter is hereby dismissed with prejudice pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1).

DATED: March 4, 2008    THEODORA ORINGHER MILLER & RICHMAN PC

By: *Ellen Kamon*
Ellen B. Kamon
Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

DATED: March 7, 2008    LAW OFFICE OF WILLIAM C. DRESSER

By: _____
William C. Dresser
Attorneys for Plaintiff
EDWARD B. FOSTER

**IT IS SO ORDERED:**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: March 11, 2008

_____
United States District Judge